# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH SMITH, #B-32032,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 09-cv-733-MJR |
| | ) |
| **DONALD GEATZ, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff, a prisoner in the Menard Correctional Center, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. He also seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

A prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). In the Seventh Circuit, a strike may be counted if any portion of an action is dismissed for these enumerated grounds. *See George v. Smith,* 507 F.3d 605, 607-08 (7th Cir. 2007); *Boriboune v. Berge,* 391 F.3d 852, 855 (7th Cir. 2004).

Plaintiff has had three or more prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Smith v.*

*Cole Taylor Bank*, Case No, 99-cv-7456 (N.D. Ill., filed Nov. 19, 1999); *Smith v. Lee*, Case No. 02-cv-3944 (N.D. Ill., filed June 21, 2002); *Smith v. Aramark Food Mgmt.*, Case No. 04-cv-515 (N.D. Ill., filed Feb. 5, 2004).[1]  Further, the allegations in the instant complaint, which involve a disciplinary proceeding, do not show that Plaintiff is under imminent danger of serious physical injury.

      **IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* is **DENIED**.  This action is **DISMISSED** without prejudice to Plaintiff bringing these claims in a fully pre-paid complaint.  All other pending motions are now **MOOT**.

      The Clerk shall **CLOSE THIS CASE**.

      **IT IS SO ORDERED.**

      **DATED this 4th day of December, 2009.**

      **s/ Michael J. Reagan**
      **MICHAEL J. REAGAN**
      **United States District Judge**

---

[1] Plaintiff omitted mention of this prior litigation in his *in forma pauperis* motion.